UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cv-23013-GAYLES/TORRES

**SYNOVUS BANK, d/b/a FLORIDA COMMUNITY BANK, N.A.,**

    Plaintiff,

v.

**LCH TRADING, INC., LCH ENGINE REPAIR, INC., and FRANCISCO CHIRINO,**

    Defendants,

and

**TD BANK, N.A.**

    Garnishee.

_____/

## FINAL JUDGMENT IN GARNISHMENT

**THIS CAUSE** comes before the Court on Plaintiff/Judgment Creditor Synovus Bank's Motion for Entry of Final Judgment in Garnishment Against Garnishee TD Bank, N.A. (the "Motion"). [ECF No. 26]. The Motion was referred to Chief Magistrate Judge Edwin Torres, pursuant to 28 U.S.C. § 636(b)(1)(B). [ECF No. 29]. On August 24, 2023, Judge Torres issued his report recommending that the Motion be granted (the "Report"). [ECF No. 41]. No objections have been filed.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific

objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

In his Report, Judge Torres recommends that the Motion be granted and that a final judgment of garnishment be entered. The Court finds no clear error with Judge Torres's recommendation and agrees that the Motion should be granted.

## CONCLUSION

Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1)  Judge Torres's Report and Recommendation, [ECF No. 41], is **ADOPTED in full**;

(2)  Plaintiff/Judgment Creditor Synovus Bank's Motion for Entry of Final Judgment in Garnishment [ECF No. 26], is **GRANTED**;

(3)  A Judgment of Garnishment is entered on the account ending in -4372, held in the name of "LCH Trading Inc." Plaintiff shall recover from Garnishee TD Bank, N.A. the funds in TD Bank, N.A.'s possession in the amount of $446,794.74, with a check made payable to Synovus Bank.

(4)  TD Bank, N.A. shall mail the payment to Plaintiff's counsel, Buchanan Ingersol & Rooney PC, Attn: Mark S. Auerbacher, Esq., Two South Biscayne Blvd, Suite 1500, Miami, Florida 33131. Upon making such payment, TD Bank, N.A. shall be discharged of all liability to Plaintiff and Defendants.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of September, 2023.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE